UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KAREN BODIE, individually and on
behalf of all others similarly situated,

    *Plaintiff*,

v.

LIME LUSH BOUTIQUE, LLC

    *Defendant*.
_____/

Case No.: 1:23-cv-14277

Hon. Charles P. Kocoras

## STATUS REPORT ON SERVICE OF PROCESS

Plaintiff, by and through undersigned counsel and pursuant to this Court's November 6, 2023, Order [DE 2], here by files this status report and states:

1. On November 7, 2023, the Court issued a signed summons in this action.

2. Plaintiff is currently in the process of effectuating service.

Date: November 10, 2023

Respectfully submitted,

*/s/ Andrew Shamis*
**Shamis & Gentile, P.A.**
Andrew J. Shamis, Esq.
Illinois Bar No. 6337427
ashamis@shamisgentile.com
14 NE 1st Ave., Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the forgoing was served upon all counsel of record on November 10, 2023 via Cm/ECF electronic mail.

*/s/ Andrew Shamis*
Andrew Shamis
Illinois Bar No. 6337427